## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | |
|---|---|
| Anthony Ray Thompson, | : |
| Kahmir Delapara, | : |
| Rashaun Garner, | : |
| Michael Richards, and | : |
| John Thomas | : |
| | : |
| v. | : |
| | : |
| Commonwealth of Pennsylvania, | : |
| John E. Wetzel, and Michael Overmeyer | : |
| | : |
| Appeal of: Anthony R. Thompson | :    No. 1909 C.D. 2015 |

# **O R D E R**

NOW, April 25, 2016, upon consideration of Anthony Ray Thompson's motion for reconsideration, the motion is denied.

MARY HANNAH LEAVITT,
President Judge